United States District Court
Southern District of Texas

**ENTERED**

March 17, 2026

Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| BENITO GONZALEZ ALMAZON, | § | |
| | § | |
| Petitioner, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. H-26-1431 |
| | § | |
| KRISTI NOEM, et al., | § | |
| | § | |
| Respondents. | § | |

## ORDER

On February 20, 2026, Benito Gonzalez Almazon ("Petitioner") filed a petition for writ of habeas corpus under 28 U.S.C. § 2241.[1] On February 24, 2026, the court entered an order (Docket Entry No. 4) stating:

> Unless Petitioner can distinguish his case from the decisions of this court cited above within 10 days from the entry of this order, the court will deny Petitioner's Petition for Writ Habeas Corpus (Docket Entry No. 1) and will dismiss this action.

Petitioner has failed to distinguish his case from the decisions of this court within 10 days of the court entering Docket Entry No. 4.

Accordingly, Petitioner's Petition for Habeas Corpus (Docket Entry No. 1) is **DENIED**, and a final judgment will be entered

‘

_____

[1]Petition for Habeas Corpus, Docket Entry No. 1.

dismissing the action with prejudice.

**SIGNED** at Houston, Texas, on this 17th day of March, 2026.

SIM LAKE
SENIOR UNITED STATES DISTRICT JUDGE